UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN - 7 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. |
| BRANDON FOSTER, ) | **4:15CR00003 CDP/NAB** |
| KEENAN THOMAS, and ) | |
| EUGENE DAVIS, ) | |
| Defendants. | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, October 16, 2014, in the County of St. Louis, within the Eastern District of Missouri,

**BRANDON FOSTER,
KEENAN THOMAS, and
EUGENE DAVIS,**

each having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess one or more firearms, which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

### COUNT TWO

The Grand Jury further charges that:

On or about, October 16, 2014, in the County of St. Louis, within the Eastern District of Missouri,

**BRANDON FOSTER,
KEENAN THOMAS, and
EUGENE DAVIS,**

each having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess ammunition, which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

### COUNT THREE

The Grand Jury further charges that:

On or about, October 29, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**EUGENE DAVIS,**

having been convicted previously in the State of Missouri, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess one or more firearms, which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney